# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| OBIE OBIE MASANGO, | Case No. 3:18-cv-107 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Sharon L. Ovington |
| SINCLAIR COMMUNITY COLLEGE, | |
| Defendant. | |

# DECISION AND ENTRY

The Court has conducted review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #4), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 25, 2018 (Doc. #4) is ADOPTED in full;

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2);

3. The Court certifies under 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal, if any, would not be taken in good faith; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

May 16,2 018 \*s/Thomas M. Rose

Thomas M. Rose
United States District Judge